**Order entered December 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00850-CV

### AMERICAN HONDA MOTOR CO., INC., Appellant

### V.

### SARAH MILBURN, JOHN MILBURN, AND CAROLYN MILBURN, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16470**

## ORDER

Before the Court is appellant's December 12, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 3, 2020**. We caution the appellant that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE